IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMAN-LA ROCHE, INC., : : : Plaintiffs, : : v. : : MYLAN PHARMACEUTICALS INC., : : Defendant. : | C. A. No. 10-285-JJF-LPS |

## ORDER

At Wilmington this **30th** day of **July, 2010**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, February 17, 2011 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the status of the case and mediation. **Counsel for Mylan shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE